J. Angus Edwards (USB #4563)
JONES WALDO HOLBROOK & McDONOUGH
170 South Main Street, Suite 150
Salt Lake City, UT   84101
Aedwards@joneswaldo.com
Telephone:     (801) 534-7465
Fax:                (801) 328-0537

Attorneys for Defendant
SATTERFIELD HELM MANAGEMENT INC.

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION – STATE OF UTAH

| | |
|---|---|
| SPARKY'S LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>UTAH PRETZEL, L.C., a limited company dba PRETZELMAKER, SATTERFIELD HELM MANAGEMENT INC., a corporation dba VALLEY FAIR MALL; et al,<br><br>Defendants | **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Civil No. 15-CV-00120<br><br>Judge Clark Waddoups |

Defendant Satterfield Helm Management, Inc. dba Valley Fair Mall ("Satterfield") and Sparky's LLC, by and through their counsel, hereby stipulate and move the Court under Federal Rule of Civil Procedure 6(b)(1)(A) for entry of an Order extending the deadline for Satterfield to respond to the Complaint from March 25, 2014, *see* Dkt. No. 6, to April 11, 2014.  Satterfield has requested an extension while it waits for a decision from its insurance carrier, but Satterfield

will file a responsive pleading by April 11, regardless of whether a decision has been made by the carrier.  Therefore, good cause exists for the relief sought.

A proposed Order Granting Stipulated Motion for Extension of Time to Respond to Complaint is submitted herewith.

DATED this 31st day of March, 2014.

          JONES WALDO HOLBROOK & McDONOUGH


          /s/ J. Angus Edwards
          J. Angus Edwards
          Attorneys for Defendant SHATTERFIELD


          /s/ Dustin R. Matthews
          (signed with permission)
          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31ST day of March, 2014, I caused true and correct copy of the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** to be electronically filed and served via the Court's electronic notification upon the following:

Dustin R. Matthews
506 South Main Street, Suite 101
Bountiful, UT   84101
Attorney for Plaintiff

Adam Kenji Richards
RAY QUINNEY & NEBEKER
36 South State Street, Suite 1400
Salt Lake City, UT   84111
Attorneys for Defendant Utah Pretzel, L.C.

/s/ Jo Ann Gregory

1152847.1

# EXHIBIT A

1152847.1