J. Angus Edwards (USB #4563)
JONES WALDO HOLBROOK & McDONOUGH
170 South Main Street, Suite 150
Salt Lake City, UT   84101
Aedwards@joneswaldo.com
Telephone:     (801) 534-7465
Fax:             (801) 328-0537
Attorneys for Defendant
SATTERFIELD HELM MANAGEMENT INC.

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION – STATE OF UTAH

| | |
|---|---|
| SPARKY'S LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>UTAH PRETZEL, L.C., a limited company dba PRETZELMAKER, SATTERFIELD HELM MANAGEMENT INC., a corporation dba VALLEY FAIR MALL; et al,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Civil No. 15-CV-00120<br><br>Judge Clark Waddoups |

Based upon the Stipulated Motion for Extension of Time to Respond to Complaint of Defendant Shatterfield Helm Management, Inc. and Plaintiff Sparky's LLC, and good cause appearing therefore, the court hereby

ORDERS that the deadline for Defendant SATTERFIELD HELM MANAGEMENT, INC. to respond to the Complaint shall be April 11, 2014.

DATED this ____ day of _____, 2014.

BY THE COURT

_____
The Honorable Clark Waddoups
United States District Court Judge

1152849.1