IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SPARKY'S, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>UTAH PRETZEL, L.C., dba PRETZELMAKER; SATTERFIELD HELM MANAGEMENT, INC., dba VALLEY FAIR MALL; and DOE,<br><br>                Defendants. | **ORDER GRANTING MOTIONS TO DISMISS**<br><br>Case No. 2:14-cv-00120<br><br>Judge Clark Waddoups |

The court heard oral argument on Defendants' Motions to Dismiss (Dkt. Nos. 18 & 19) on October 16, 2014. Plaintiff was represented by Dustin Matthews. Defendant Utah Pretzel, L.C. was Adam K. Richards and Defendant Satterfield Helm Management, Inc. was represented by Michael J. Kelley.

For the reasons stated on the record, the court GRANTS Defendants' Motions to Dismiss (Dkt. Nos. 18 & 19).

SO ORDERED this 31st day of October, 2014.

BY THE COURT:

_____
Clark Waddoups
United States District Court Judge